**Dismiss and Opinion Filed March 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00169-CV

## IN THE INTEREST OF A.N., J.N., Z.N., M.N., A.N., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-12262**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to withdraw the appeal. Pursuant to

Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210169F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF A.N., J.N.,
Z.N., M.N., A.N., CHILDREN

No. 05-21-00169-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-16-12262.
Opinion delivered by Justice Partida-
Kipness, Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 22nd day of March, 2021.